# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 21, 2021

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257


Re: Kevin D. Loggins, Sr.
v. Rebecca L. Pilshaw, Judge, District Court of Kansas, Sedgwick
County, et al.
No. 21-435
(Your No. 20-3007)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 11, 2021 and placed on the docket September 21, 2021 as No. 21-435.


Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst