# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

November 22, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

> Re:  Kevin D. Loggins, Sr.
>      v. Rebecca L. Pilshaw, Judge, District Court of Kansas, Sedgwick
>      County, et al.
>      No. 21-435
>      (Your No. 20-3007)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Gorsuch took no part in the consideration or decision of this petition.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk